STATE of Missouri, Respondent,

v.

Cornelius BROWN, Appellant.

Cornelius BROWN, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 50359, WD 51802.

Missouri Court of Appeals,
Western District.

Sept. 24, 1996.

Ellen H. Flottman, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and ULRICH and SMART, JJ.

***ORDER***

PER CURIAM:

Cornelius Brown appeals his conviction for drug trafficking in the second degree, in violation of § 195.223 RSMo 1994. He re-

ceived a thirty year sentence. He also appeals the denial of Rule 29.15 motion for post-conviction relief.

Having considered his arguments, the court finds no error, and we affirm the conviction and the denial of post-conviction relief. The decision is without precedential value. A memorandum has been furnished to the parties. Rules 30.25(b) and 84.16(b).